**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA RODGERS,<br><br>     Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a California Corporation; and DOES 1 through 20, Inclusive,<br><br>     Defendants. | Case No.  CV10-4657-DMG(AGRx)<br><br>**ORDER OF DISMISSAL**<br>**[15]** |

Based upon the stipulation of the parties, the case is hereby dismissed with prejudice.  Each side will bear their own costs.

     **IT IS SO ORDERED.**

February 25, 2011

DOLLY M. GEE
United States District Judge

Case No. CV 10-01696 DSF (PJWx)